JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE JEAN GRIBBEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. SACV 15-01602-KES<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with this opinion.

DATED: October 4, 2016

_Karen E. Scott_
_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE