UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE JEAN GRIBBEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. SACV-15-01602-KES<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

On December 13, 2016, the parties filed a Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses. (Dkt. 23.) See 28 U.S.C. § 2412(d). On January 10, 2017, the Court issued an Order noting that the Stipulation appeared to be untimely, because it was not submitted within 30 days of the date on which the time to appeal the judgment expired. (Dkt. 24.) See 28 U.S.C. § 2412(d)(1)(B). It has since come to the Court's attention that, because Defendant is a United States agency, the normal time to appeal is extended by an additional 30 days. See Fed. R. App. P. 4(a)(1)(B)(i). The Stipulation is therefore timely.

IT IS THEREFORE ORDERED that the Order entered on January 10, 2017 (Dkt. 24) is VACATED.

1  Furthermore, based upon the parties' Stipulation, IT IS ORDERED that fees
2  and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, and no
3  costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the
4  Stipulation.

6  DATED: January 10, 2017

  *Karen E. Scott*
  _____
  KAREN E. SCOTT
  UNITED STATES MAGISTRATE JUDGE